**UNITED STATES of America,**

v.

**Joseph BROWN, Individually and as Administrator of the Estate of Tillie Brown, Deceased, Appellant.**

**No. 14858.**

United States Court of Appeals Third Circuit.

Argued Oct. 20, 1964.

Decided Nov. 16, 1964.

Robert M. Taylor, Philadelphia, Pa., for appellant.

Lawrence B. Silver, Atty., Tax Division, Dept' of Justice, Washington, D. C. (Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, I. Henry Kutz, Attys., Department of Justice, Washington, D. C. (Drew J. T. O'Keefe, U. S. Atty., Francis R. Crumlish, Asst. U. S. Atty., of counsel, on the brief), for appellee.

Before McLAUGHLIN, KALODNER and HASTIE, Circuit Judges.

PER CURIAM.

In this non-jury action by the United States which reduced to personal judgment certain income taxes, penalties and interest heretofore assessed by the United States against the defendants, there is no error in the district court record. The judgment of that court will be affirmed upon the excellent opinion reported at 225 F.Supp. 414 (1964).

**KELLER & GOETZ, INC., Plaintiff-Appellant,**

v.

**The UNITED STATES of America, Defendant-Respondent.**

**No. 151, Docket 29102.**

United States Court of Appeals Second Circuit.

Submitted Nov. 9, 1964.

Decided Nov. 18, 1964.

Charles E. Cooney, Jr., Costello, Cooney & Fearon, Syracuse, N. Y., for plaintiff-appellant.

Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, David O. Walter, Morton K. Rothschild, Attorneys, Dept. of Justice, Washington, D. C., Justin J. Mahoney, U. S. Atty., of counsel, for appellee.

Before SWAN, WATERMAN and MOORE, Circuit Judges.

PER CURIAM:

This is an appeal from a judgment dismissing the complaint in an action to recover federal income taxes allegedly illegally collected for the fiscal year ending April 30, 1958. Appellants' brief asks us to reconsider our decision in Dwight v. U. S., 2 Cir., 328 F.2d 973, which is conceded to be directly in point. We see no reason to do so and affirm the judgment on that authority.